NO. 07-04-0043-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

FEBRUARY 18, 2004

______________________________

IN THE INTEREST OF A. M. C., A CHILD

_________________________________

FROM THE 316TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 35,277; HON. JOHN LAGRONE, PRESIDING

_______________________________

MEMORANDUM OPINION

_______________________________

Before QUINN and REAVIS, JJ., and BOYD, S.J.
(footnote: 1)
 Appellant Darlene Cox filed a notice of appeal on January 23, 2004.  However, she did not pay the $125 filing fee required from appellants under Texas Rule of Appellate Procedure 5.  Nor did she file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1.  By letter from this Court dated February 4, 2004, we informed appellant that “the filing fee in the amount of $125.00 has not been paid . . . .  Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal.”  
Tex. R. App. 
P. 42.3(c); 
see Holt v. F. F. Enterprises
, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref’d).  The deadline lapsed, and the fee was not received. 

Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

                                                                

Per Curiam

 

 

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2004).